UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tahim Small A.K.A Ronald Woodton

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Patrick J. Ronaye Police Officer
Gomez Police Commissioner Raymond
Kelly A.D.A. Ms EarnHart Police Officer
Deron Willis, Police Officer Danda Perez
Police officer Gina Gazzola Police
Officer Porfiro Ramos Legal Aid
Lawyer Ms Rubenski

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

13 civ 1292
(LGS) (AJP)

Amended
COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2013

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Mr Tahim Small A.K.A Ronald Woodton
ID # 3491213611
Current Institution  A.M.K.C. C-95
Address  18-18 Hazen Street
East Elmhurst N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Patrick J Ronayne   Shield # _____
Where Currently Employed  230 E 124 St
Address  230 E 124 St
New York N.Y. 10007

Rev. 05/2010                                1

Defendant No. 2   Name Officer Gomez   Shield # 00417
                  Where Currently Employed P.S.A 5 Housing Police
                  Address 230 E 124 Street
                  New York, N.Y.

Defendant No. 3   Name Deron Willis   Shield # 02806
                  Where Currently Employed P.S.A 5 Housing Police
                  Address 230 E 124 Street
                  New York N.Y

Defendant No. 4   Name Qanda Perez   Shield # 24314
                  Where Currently Employed P.S.A 5 Housing Police
                  Address 230 E 124 Street
                  New York, N.Y.

Defendant No. 5   Name Gina Gazzola   Shield # 03385
                  Where Currently Employed Housing P.S.A 5 Police
                  Address 230 E 124 Street
                  New York N.Y.

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     New York Supreme Court

B.   Where in the institution did the events giving rise to your claim(s) occur?
     Part 82

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     November 29, 2011   Approximatly 2:31 P.M

*Rev. 05/2010*                                2

Defendant No. 6 Porfirio Ramos  Sheild # 11887

Currently employed P.S.A 5 Housing Police

Address  230 E 124 Street
         New York, N.Y.

Defendant No 7 Police Comm. Raymond Kelly

Currently employed 1 Police Plaza

address  1 Police Plaza (Headquartes)
         New York, N.Y. 10007

Defendant No 8  A.D.A  Ms. EarnHart

Currently employed  District Attorney Office

Address  1 Hogan Place
         New York, N.Y. 10013

Defendant No 9 Legal Aid Lawyer Ms Rubenski

Currently employed  Legal Aid Society

Address  49 Thomas Street
         New York N.Y. 10013

D. **Facts:** On November 29, 2011 at appRox 2:31 P.M I was falsely arrested by Police Officer Deron Willis, Nanda Perez, Gina Gazzola, Porfiro Ramos without probable cause and/or reading of my miranda rights. But for the sole purpose to harass, and unlawfully imprisonment. Without warning I was cuffed and unlawfully detained and taken to P.S.A. 5 precint where holding cell I was unlawfully detaind reeked of urine and feces, for the next 8 to 10 hours. without food or drink. I was Kept in that Raunchy cell in a malicious and sadistic manner. by all the Police officer named in complaint. All Police officer did not have a discription of alleged burglar that Mr Patrick J Ronayne reported on November 29, 2011 appRox 2:31 P.M. On such day 11/29/11 Mr Patrick J. Ronayne made a false complaint of me burglaring his building with an alledge weapon. However Ms Earnhart chose to peRsue alledge Burglary without supporting evidence. Some how Ms Earnhart present case to Grand Jury and obtan an indictment for lesser charge. My lawyer at that present time is Ms Rubenski from legal aid Society wavied my

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Loss of Freedom, name slandered and reputation in community as Law abiding citizen, I suffered grave hardship without loved one, My kids suffered hardship with sudden single parent home and Financial strain. Being in fear of life being locked up with rapist, mukders and gang bangers. Loss of wages and emontinal distress, Fear of future retaliation By any N.Y.P.D office throughout N.Y.C all five Boro's

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  X   No ___

*Rev. 05/2010*                3

rights to face my accuser in the Grand Jury without my consent or signature. That's violation of my United State Constitution 14 due process. The Honorable Judge Solomen kick out minutes evidence before grand jury was legally insufficient to support charges. Mr Patrick somehow forgot that he placed me at crime and having such deadly weapon like stated in Omni Complaint # 2011-025-07339. However on my Rap Sheet charges contradict Omni Complaint "weapon - 3rd Bomb/Silencer/Machinegun etc. I was falsely accused of alleged burglary which violate my Constitution of the United States, No probable cause to arrest Amendment 4, unlawful imprisonment, cruel unusal punishment by ~~det~~ unlawfully detaining me in cell with squalid living conditions.

That's violates Amendment 8. Which violates minimum standards of Board of Corrections in having all detainess in their care, custody and control. Reasonable Assurance of care that does not rise to the level of torture and implicate Negative values of human rights. and cause to discriminate against me. because color of my skin. Which was the sole purpose of my arrest. Defendant Patrick J Ronayne never gave a description of alleged burglars. Defendant Police Commissioner Raymond Kelly is liable in that being responsible for the act of subordinates Failed to either teach and/or train the defendants Police officer named in complaint to gather evidence and make arrest that in fact are outside the scope of the Constitution that gives rise to a citizen Liberty intrest with the Highest Standards of integrity.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). __P.S.A. 5 Precint Manhattan County__

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No _X_   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

   Yes ____   No _X_   Do Not Know ____

   If YES, which claim(s)? __not Applicable__

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No _X_

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes _X_   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? __P.S.A. 5 Precinct / court Appearance to lawyer__

   1. Which claim(s) in this complaint did you grieve? __All of them__

   2. What was the result, if any? __No one responded. But case was eventually dismissed__

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ____

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: __Because I'm layman to Law__

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*               4

when and how, and their response, if any: _____

During court apperance

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I was distraught by being unlawfully imprisoned and in fear of my life from being in that inHumane cell at precinct

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plantiff seeks Damages from all the defendants named Herein in their individual and official capacity in Pain and suffering from the false arrest and unlawful imprisoned in the amount of (5) five million dollars. Plaintiff seeks the mandatory of $750.00 daily payment for each day spent unlawfully locked up. finally Plantiff seeks (5) five million for punitive damages and financail strain on my family and emotion stress on me and family. Plaintiff also request that this court order defendant Commissioner Kelly to adopt a policy that when these officers of New York city P.S.A 5 make arrest that they do a thorough investigation and gather evidence that strongly suggest that Someone of color has committed said crime and that their miranda rights are protected and right to Counsel that going to help and not hurt client

VI. Previous lawsuits:

<div style="border: 1px solid; padding: 4px; display: inline-block;">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✗

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____Not APPlicable_____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
Not APPlicable

3. Docket or Index number ___ʋ___                    ″ ″
4. Name of Judge assigned to your case ___″___       ″ ″
5. Approximate date of filing lawsuit ___ʋ___        ″ ″
6. Is the case still pending? Yes _____ No ✗

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
Not APPlicable

<div style="border:1px solid;padding:4px;">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No ✗

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____Not APPlicable_____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes _____ No _____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

*Rev. 05/2010*                    6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of July, 2013

<div style="margin-left: 2em;">

Signature of Plaintiff   *Tahim Small A.K.A Ronald Woodtz*

Inmate Number   349 12 13611

Institution Address   A.M.K.C  C-95
18-18 Hazen St
East Elmhurst N.Y
11370

</div>

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   *Tahim Small A.K.A Ronald Woodtz*

ANTONIO MIGUEL FRAZIER
COMMISSIONER OF DEEDS
No. 2-13375
Qualified in Queens County
Commission Expires July 1 2014

*Antonio M. Frazier*

8/1/13

*Rev. 05/2010*                                                7

United States District Court
Southern District of New York

Tahim Small A.K.A Ronald Woodton

against

Patrick. J. Ronayne etc, al

13 CIV (LGS) (AJ)

Affirmation of Service

I Tahim Small A.K.A. Ronald Woodton declare under Penalty of perjury that I have served a copy of attached Amended Complaint upon Cynthia m. Sittnick whose address is Special Assistant Corporation Counsel ~~One~~ whose address is One Hogan Place, New York, N.Y. 10013 by depositing a true copy of same, enclosed in a securely and properly addressed envelope by U.S. Postal Service.

Dated New York New York
July 25, 2013

Tahim Small A.K.A
Ronald Woodton
18-18 Hazen St
East Elmhurst, N.Y
11370

ANTONIO MIGUEL FRAZIER
COMMISSIONER OF DEEDS
No. 2-13375
Qualified in Queens County
Commission Expires July 1 2014

8/1/13

Antonio M. Frazier



thim Small
4912 13611
3-18 Hazen St
ast Elmhurst, N.Y. 11370

United States District Court
Southern District Of New York
U.S. Courthouse 500 Pearl Street
New York, N.Y. 10007

PRO-SE
08/09/13